AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Sep 07, 2023

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| BILLY R.,<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br>Civil Action No.   2:23-CV-0061-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:  The Parties' Stipulated Motion for Attorney Fees (ECF No. 17) is GRANTED.  The Commissioner is directed to pay EAJA fees in the amount of $4,928.43 for attorney's fees.
The EAJA award shall be made payable directly to Plaintiff (using his full name), and mailed to Christopher H. Dellert, P.O. Box 429, Spanaway, WA 98387.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge _____ THOMAS O. RICE _____ on the parties'
Stipulated Motion for Attorney Fees (ECF No. 17) .

Date:   September 7, 2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ B. Fortenberry
*(By) Deputy Clerk*

B. Fortenberry